IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


COREY TURNER                                                              PLAINTIFF

v.                                    Case No. 6:25-cv-6022

SHERIFF JASON WATSON
(Clark County, Arkansas); and
ADMINISTRATOR BRIAN WINGFIELD
(Clark County Detention Center)                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation (ECF No. 27) filed May 15, 2026, by

the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.

Judge Ford recommends that this case be dismissed without prejudice for failure to comply with a

Court order and failure to prosecute this case.  *See* Fed. R. Civ. P. 41(b).

No party has filed objections to the Report and Recommendation (ECF No. 27), and the

time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Therefore, the Court adopts the Report

and Recommendation (ECF No. 27) in its entirety and finds that this case should be and hereby is

**DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of June, 2026.


/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge